# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   DEBRA K. RIES & JOSEPH D. RIES                       Case Number: 05-74536
         217 VAN BUREN STREET                  SSN-xxx-xx-4607 & xxx-xx-8152
         BELVIDERE, IL  61008

                                                    Case filed on:      9/2/2005
                                                    Plan Confirmed on:  2/22/2006
                            C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $19,565.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY HENRY REPAY | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 028 | MARILYN J. WASHBURN | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | DAIMLER CHRYSLER SERVICES N.A. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 217 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DEBRA K. RIES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK | 9,500.00 | 9,500.00 | 3,500.10 | 852.93 |
| 002 | DAIMLER CHRYSLER SERVICES | 21,175.00 | 21,175.00 | 7,176.23 | 2,971.15 |
| 003 | COUNTRYWIDE HOME LOANS | 1,250.00 | 1,250.00 | 527.67 | 0.00 |
| 004 | WELLS FARGO BANK NA | 2,703.53 | 2,703.53 | 1,141.25 | 0.00 |
|  | Total Secured | 34,628.53 | 34,628.53 | 12,345.25 | 3,824.08 |
| 001 | AMCORE BANK | 2,763.11 | 27.63 | 0.00 | 0.00 |
| 002 | DAIMLER CHRYSLER SERVICES | 790.96 | 7.91 | 0.00 | 0.00 |
| 005 | BECKET & LEE, LLP | 1,086.13 | 10.86 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 383.84 | 3.84 | 0.00 | 0.00 |
| 007 | BANK ONE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK ONE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 10,720.59 | 107.21 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 6,627.83 | 66.28 | 0.00 | 0.00 |
| 013 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 4,530.05 | 45.30 | 0.00 | 0.00 |
| 015 | B-LINE LLC | 687.04 | 6.87 | 0.00 | 0.00 |
| 016 | DISCOVER FINANCIAL SERVICES | 3,669.43 | 36.69 | 0.00 | 0.00 |
| 017 | PREMIER BANKCARD/CHARTER | 330.52 | 3.31 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 325.45 | 3.25 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 717.14 | 7.17 | 0.00 | 0.00 |
| 020 | ONE CLICK CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LVNV FUNDING LLC | 591.31 | 5.91 | 0.00 | 0.00 |
| 022 | QUICKEST PAYDAY LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 3,842.93 | 38.43 | 0.00 | 0.00 |
| 024 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | US FAST CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WELLS FARGO CARD SERVICES | 5,153.80 | 51.54 | 0.00 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 1,145.44 | 11.45 | 0.00 | 0.00 |
| 030 | LVNV FUNDING LLC | 4,115.93 | 41.16 | 0.00 | 0.00 |
|  | Total Unsecured | 47,481.50 | 474.81 | 0.00 | 0.00 |
|  | Grand Total: | 84,310.03 | 37,303.34 | 14,545.25 | 3,824.08 |

Total Paid Claimant:      $18,369.33
Trustee Allowance:        $1,195.67         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00         discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                    _/s/ Lydia S. Meyer_____

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan